HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NIYAH LYNETTE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0065 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS RE VIOLATION** |
| NIYAH LYNETTE EDWARDS, | |
| Defendant. | Date: July 11, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Niyah Edwards, that the admit/deny hearing scheduled for July 11, 2016, may be continued to October 11, 2016, at 9:00 a.m.

The probation officer met with Ms. Edwards this morning and, after discussing the matter with counsel, agreed to defense counsel's request to continue the admit/deny hearing 90 days to monitor Ms. Edwards' compliance with conditions of supervised release.  The probation officer confirmed there have been no UAs

-1-

1 positive for marijuana since the last test alleged in the
2 petition (i.e., since April 16).  The government concurs in the
3 request that a status hearing be set for October 11, 2016.
4     Assuming there are no further violations of the conditions
5 of supervised release, counsel will confer with the probation
6 officer and Ms. Edwards prior to the October hearing about
7 disposition of the petition.

                                Respectfully Submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: July 8, 2016         /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for NIYAH LYNETTE EDWARDS

                                PHILLIP A. TALBERT
                                Acting United States Attorney

Dated: July 8, 2016         /s/ T. Zindel for J. Conolly
                                JAMES CONOLLY
                                Assistant U.S. Attorney

**O R D E R**

21     The admit/deny hearing is continued to October 11, 2016, at
22 9:00 a.m., to monitor defendant's compliance with conditions of
23 supervised release.
24     IT IS SO ORDERED.
25 Dated: July 8, 2016

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE