1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | TIMOTHY ZINDEL, #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

6 | Attorney for Defendant
NIYAH LYNETTE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-0065 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS RE VIOLATION** |
| | ) |
| NIYAH LYNETTE EDWARDS, | ) |
| | ) Date:  October 11, 2016 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Niyah Edwards, that the admit/deny hearing scheduled for October 11, 2016, may be continued to December 12, 2016, at 9:00 a.m.

The admit/deny hearing was previously continued 90 days to monitor Ms. Edwards' compliance with conditions of supervised release.  Probation advises she has complied without incident.

/////

/////

/////

-1-

The parties have agreed to a two month continuance. Prior to that hearing, assuming continued compliance, defense counsel will ask Probation to consider dismissing the pending violation petition without further court action (no promises have been made).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 7, 2016      /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for NIYAH LYNETTE EDWARDS

PHILLIP A. TALBERT
Acting United States Attorney

Dated: October 7, 2016      /s/ T. Zindel for J. Conolly
                            JAMES CONOLLY
                            Assistant U.S. Attorney

**O R D E R**

The admit/deny hearing is continued to December 12, 2016, at 9:00 a.m., to monitor defendant's compliance with conditions of supervised release.

IT IS SO ORDERED.

Dated: October 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE