HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NIYAH LYNETTE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-0065 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS RE VIOLATION** |
| | ) |
| NIYAH LYNETTE EDWARDS, | ) |
| | ) Date: December 12, 2016 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Niyah Edwards, that the admit/deny hearing scheduled for December 12, 2016, may be continued to February 27, 2017, at 9:00 a.m.

The admit/deny hearing was previously continued twice to monitor Ms. Edwards' compliance with conditions of supervised release. Probation advises she has complied without incident and is now employed. Her term of supervised release ends in March 2017.

/////

-1-

The parties have agreed to a further continuance to February 27, 2017. Prior to that hearing, assuming continued compliance, defense counsel will ask Probation to request dismissal of the pending violation petition without further court action.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 8, 2016      /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for NIYAH LYNETTE EDWARDS


                             PHILLIP A. TALBERT
                             United States Attorney

Dated: December 8, 2016      /s/ T. Zindel for J. Conolly
                             JAMES CONOLLY
                             Assistant U.S. Attorney


**O R D E R**

The admit/deny hearing is continued to February 27, 2017, at 9:00 a.m., to monitor defendant's compliance with conditions of supervised release.

IT IS SO ORDERED.

Dated: December 8, 2016      _____
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE

-2-