HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NIYAH LYNETTE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-0065 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **DISMISSING VIOLATION PETITION** |
|  | ) |
| NIYAH LYNETTE EDWARDS, | ) |
|  | ) Date:  February 27, 2017 |
| Defendant. | ) Time:  9:00 a.m. |
|  | ) Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Niyah Edwards, that the Petition for Warrant or Summons filed June 7, 2016 (doc. 4) may be dismissed and the hearing scheduled for February 27, 2017, may be vacated.

/////

/////

/////

-1-

The parties previously agreed to continuances to allow Probation to monitor Ms. Edwards' compliance. The probation officer today advised the parties that she recommends the petition be dismissed in light of Ms. Edwards' progress.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 16, 2017   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for NIYAH LYNETTE EDWARDS

PHILLIP A. TALBERT
United States Attorney

Dated: February 16, 2017   /s/ T. Zindel for J. Conolly
JAMES CONOLLY
Assistant U.S. Attorney

**O R D E R**

The petition is dismissed and the hearing scheduled for February 27, 2017, is vacated.

IT IS SO ORDERED.

Dated: February 16, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE